IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CR-00061-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES STEVEN MCDONALD, | ) | |
| Defendant. | ) | |

This matter is before the court on Charles Steven McDonald's September 16, 2014 letter motion [DE-64]. In his motion, McDonald requests that this court enter an order directing the production of certain evidence.

This court was without jurisdiction once McDonald filed the Notice of Appeal on September 9, 2014. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") For this reason, McDonald's September 16, 2014 letter motion [DE-64] is DISMISSED.

SO ORDERED.

This, the 18th day of September, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge